# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2018

## NO. 03-18-00196-CR

**The State of Texas, Appellant**

**v.**

**David Delacruz, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order granting a new trial by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order granting a new trial and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.